Ollie JACKSON, Appellant

v.

UNITED STATES of America.

No. 17027.

United States Court of Appeals
Eighth Circuit.

March 27, 1962.

Charles R. Oldham, St. Louis, Mo., for appellant.

D. Jeff Lance, U. S. Atty., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for failure to prosecute appeal, on motion of appellee.

HARTFORD ACCIDENT & INDEMNITY COMPANY, Appellant,

v.

Mrs. Lessie S. DAVIS, Appellee.

No. 19128.

United States Court of Appeals
Fifth Circuit.

March 23, 1962.

W. P. Wray, Jr., Kantrow, Spaht, West & Kleinpeter, Baton Rouge, La., for appellant.

H. Alva Brumfield, Sylvia Roberts, Baton Rouge, La., for appellee.

Before JONES, BROWN and BELL, Circuit Judges.

PER CURIAM.

It does not appear that any prejudicial error has been preserved for review. The judgment is

Affirmed.

Jerome Kenneth MACK, Appellant,

v.

UNITED STATES.

No. 16903.

United States Court of Appeals
Eighth Circuit.

March 6, 1962.

Alphonse J. Lynch, St. Louis, Mo., for appellant.

D. Jeff Lance, U. S. Atty., for appellee.

PER CURIAM.

Appeal from District Court dismissed on motion of appellee.